**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TIMOTHY SAMUEL** **PLAINTIFF**

**v.** **Case No. 4:24-cv-00028-KGB**

**BURKLAND** **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Timothy Samuel's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 30th day of July, 2026.

Kristine G. Baker
Chief United States District Judge